UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DENISE JACKSON,

                          Plaintiff,

-against-

WELLS FARGO HOME MORTGAGE,

                          Defendant.

Case No.: 15-cv-05062- PKC-SMG

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Robin L. Muir in Support of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, dated December 3, 2015, and the exhibit thereto; the accompanying Memorandum of Law in Support of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss, dated December 3, 2015; and all prior pleadings and papers filed in this action, defendant Wells Fargo Bank, N.A., sued herein as Wells Fargo Home Mortgage ("Wells Fargo"), by its undersigned counsel, will move this Court, before Judge Pamela K. Chen, at the United States District Court for the Eastern District of New York, the courthouse thereof, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing with prejudice the claims asserted against Wells Fargo by plaintiff *pro se* Denise Jackson ("Plaintiff") in her complaint filed on August 27, 2015, and granting such other and further relief to Wells Fargo as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the briefing schedule set by this Court at the pre-motion conference held on October 29, 2015, Plaintiff's opposition to Wells Fargo's motion shall be served by January 7, 2016, and Wells Fargo's reply, if any, shall be served by January 21, 2016.

2

New York, New York
December 3, 2015

                              HOGAN LOVELLS US LLP

                By:  /s/ Robin L. Muir
                      Lisa J. Fried
                      Robin L. Muir
                    875 Third Avenue
                    New York, New York 10022
                    Tel: (212) 918-3000
                    Fax: (212) 918-3100
                    lisa.fried@hoganlovells.com
                    robin.muir@hoganlovells.com

                    *Counsel for Defendant Wells Fargo Bank,*
                    *N.A. s/h/a Wells Fargo Home Mortgage*

To:    Denise Jackson
       215 Maple Street
       Brooklyn, NY 11225
       *Plaintiff Pro Se*