UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

RE: 1:15 CV-05062-PKC-ST                                         SPTEMBER 8, 2017

OBJECTION TO THE DEFENDANT MOTION TO DISMISS

TABLE OF CONTENT

1) COVER LETTER TO THE JUDGE – 3 PAGES
2) OBJECTIONS TO DEFENDANTS MOTION TO DISMISS-6 PAGES
3) ATTACHMENT- FEDERAL FAIR HOUSING REGULATIONS, AND STATUES-1 PAGE
4) ATTACHMENT-WELLS FARGO SETTLE BIAS LAW SUIT-DATED JULY 2012-3 PAGES
5) ATTACHMENT-DEPARTMENT OF JUSTICE U.S. ATTORNEY GENEAL SOUTHERN DISTRICT LAW SUIT SETTLEMENT$1.2 BILLION- DATED APRIL 8, 2016. MORTGAGE FRAUD.